IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO GORE,

    Petitioner,                 No. CIV S-03-1269 DFL KJM P

    vs.

STEPHEN CAMBRA,

    Respondent.              <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve objections to the August 16, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 5, 2006 application for an extension of time is granted; and

    2. Petitioner shall file and serve objections to the August 16, 2006 findings and recommendations on or before October 10, 2006.

DATED: September 11, 2006.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

1/mp
gore1269.111