IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO GORE,

    Petitioner,        No. CIV S-03-1269 DFL KJM P

    vs.

STEPHEN CAMBRA,

    Respondent.       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 16, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties. Petitioner has filed objections to the findings and recommendations. Petitioner raises new claims in the objections that are not part of the petition and will not be considered here.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2006, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: 9/28/2006

_____
DAVID F. LEVI
United States District Judge