IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO GORE,  No. Civ. S-03-1269-DFL-KJM-P

    Petitioner,  ORDER

  v.

STEPHEN CAMBRA,

    Respondent.  /

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability.

    Before petitioner can appeal this court's dismissal of his application for a writ of habeas corpus, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required

showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's Findings and Recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.  Specifically, petitioner has failed to demonstrate that a rational trier of fact could not have found beyond a reasonable doubt that he intended to kill the victim.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is denied.

    IT IS SO ORDERED.
Dated:  March 2, 2007

/s/ David F. Levi_____
DAVID F. LEVI
United States District Judge

2